# Third District Court of Appeal
## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1770
Lower Tribunal No. F05-31681A
_____

**Manuel Balbin,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Eric J. Cvelbar, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and MILLER and LOBREE, JJ.

PER CURIAM.

Appellant appeals the denial of his Florida Rule of Criminal Procedure 3.850 post-conviction motion. Paragraph twenty of his second plea

agreement expressly provided that if the trial court found he violated probation again, the Appellant could be sentenced to thirty years with a twenty-five year minimum mandatory sentence for the underlying conviction of attempted felony murder with a deadly weapon. Because the Appellant had notice of the potential sentence for the crime underlying the grant of probation, the trial court could impose the sentence including the minimum mandatory for Appellant's subsequent probation violation. See, e.g., Kelley v. State, 309 So. 3d 306, 311 (Fla. 2d DCA 2020) ("Because [appellant] was originally subject to the twenty-five-year mandatory minimum sentence before she entered into the plea agreement with the State, she was appropriately subject to it once her probation was revoked.").

Affirmed.